

ACCEPTED
15-25-00188-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/10/2025 3:26 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/10/2025 3:26:36 PM
CHRISTOPHER A. PRINE
Clerk

1411 West Avenue, Suite 200
Austin, TX 78701
(512)322-9396 phone
(512)532-6758 fax
http://www.cawthonlaw.com

W. Lance Cawthon

lance@cawthonlaw.com

November 10, 2025

*Via E-Filing*
Christopher A. Pine, Clerk
15th Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> RE: Court of Appeals Number 15-25-00188-CV (Trial Court Case Number C-1-CV-24-005283), Styled *Canadian Gift & Tableware Association v. Member Clicks, LLC.*

Dear Mr. Pine:

I write to correct a factual inaccuracy in today's previous correspondence. The Reporter's Record was requested on November 4, 2025, not November 3, 2025 as previously stated.

Please also note that requests for the Reporter's Record in this particular trial court are submitted through an online form available at the court's website (https://www.traviscountytx.gov/courts/civil/county/cc1). Accordingly, no written request for a Reporter's Record has been filed pursuant to TEX. R. APP. P. 34.6(b)(2). However, an email confirming receipt of the request is attached to this letter.

Sincerely,

W. Lance Cawthon

**From:** CTS Service Desk

**To:** lance@cawthonlaw.com

**Subject:** County Court at Law 1 - Travis County - Transcript Request Recevied

**Date:** Tuesday, November 4, 2025 7:06:16 PM

Dear Lance Cawthon,

Your transcript request form has been received. The court reporter will be reaching out to you to make arrangements.

Have a wonderful day!
Travis County Civil and Family Courts

---

This electronic mail message, including any attachments, may be confidential or privileged under applicable law. This email is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution, copying, disclosure or any other action taken in relation to the content of this email including any attachments is strictly prohibited. If you have received this email in error, please notify the sender immediately and permanently delete the original and any copy of this email, including secure destruction of any printouts.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lance Cawthon on behalf of Lance Cawthon
Bar No. 24006979
lance@cawthonlaw.com
Envelope ID: 107876025
Filing Code Description: Letter
Filing Description: Letter (Correction)
Status as of 11/10/2025 3:32 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Leah Buratti | 24064897 | leah@bccaustin.com | 11/10/2025 3:26:36 PM | SENT |
| Joshua Kelly | 24116605 | kellyjoshua00@gmail.com | 11/10/2025 3:26:36 PM | SENT |